1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   GERALYN A. GULSETH
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8923
      Facsimile:  (415) 744-0134
7     E-Mail: geralyn.gulseth@ssa.gov

8  Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| YUA LEE, ) | CIVIL NO. 2:06-01433-KJM |
|    Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE[1], ) Commissioner of ) Social Security, ) | |
|    Defendant. ) | |

The parties hereby stipulate by counsel, subject to the Court's approval as indicated by issuance of the Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment. The current due date is March 5, 2007. The new due date will be April 4, 2007.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

//

//

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security and should, therefore, be substituted for Acting Commissioner Linda S. McMahon as Defendant in this action. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated: March 1, 2007 | /s/ bess brewer |
| 3 |   | (As authorized via electronic mail on 3/1/07) |
|   |   | BESS BREWER |
| 4 |   |   |
|   |   | Attorney for Plaintiff |
| 5 | Dated: March 1, 2007 | McGREGOR W. SCOTT |
| 6 |   | United States Attorney |
|   |   | LUCILLE GONZALES MEIS |
| 7 |   | Regional Chief Counsel, Region IX |
|   |   | Social Security Administration |

/s/ geralyn gulseth
GERALYN GULSETH
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: March 7, 2007.

_____
U.S. MAGISTRATE JUDGE

2 - Stip & Order Extending Def's Time